UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Debra Wilcox           :           Case #: 06-56717

                               :           Chapter 13

                               :           Judge Hoffman

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 26, 2010                /s/ Frank M. Pees_____
                                        Frank M. Pees
                                        Chapter 13 Trustee

Name and Address                       Amount
Gerald Colbert DDS                     $9.60
50 McNaughten Rd.
Columbus, OH 43213